IRA B. CARY et al., Appellants, *v.* ROBERT S. BICE, Individually and as Executor of FANNIE L. BICE, Deceased, Respondent.

*Cary* v. *Bice*, 140 App. Div. 940, affirmed.
(Argued February 29, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered November 28, 1910, affirming a judgment in favor of defendant entered upon a verdict in an action, under section 2653a of the Code of Civil Procedure, to revoke probate of the will of Fannie L. Bice, deceased.

*H. C. Sholes* for appellant.

*Thomas D. Watkins* and *George E. Dennison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.